**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROBERT OLDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:05-CV-348 CAS |
| ) | |
| JAMES PURKETT, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM AND ORDER**

Pending before the Court are two pro se motions filed by the petitioner Robert Olds in this case. In his first motion, petitioner requests that he be allowed to amend his petition for writ of habeas corpus, which the Court previously denied on May 25, 2007. In his motion, petitioner argues that he is entitled to habeas relief because he has never been convicted of a dangerous felony. The Court has previously rejected this argument as frivolous. As a result, the motion is without merit and will be denied. As for petitioner's second motion, it appears he is requesting that the Court compel the Missouri Attorney General's Office to produce two documents related to a 1990 parole hearing and decision. Because the case is closed and the Court declines to reopen the matter and allow petitioner to amend his petition, the Court will also deny petitioner's motion to compel the production of documents.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's pro se motion for leave file an amended petition is **DENIED** with prejudice. [Doc. 16]

**IT IS FURTHER ORDERED** that petitioner's pro se motion entitled "Pro Se Motion for Permission with the Court Plaintiff to File Motion of the Court to Request or/and Compel the

Missouri Attorney's General Office to Pursue and Provide Plaintiff with Two (2) Confidential Documents" is **DENIED**. [Doc. 18]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this     24th     day of September, 2007.